IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

| | |
|---|---|
| FRANCIS X. KITCHENER, JR., BRYAN AND JANETTE ALDERSON and DAVID AND PATRICIA CARMICHAEL, on behalf of themselves and all others similarly situated,<br>          Plaintiff,<br>v.<br>GENERAL ELECTRIC CO.,<br>          Defendant. | CASE NO.: 2:06-cv-553-FtM-29SPL<br><br>08-5074 |

## MOTION FOR SPECIAL ADMISSION
## TO PRACTICE FOR GARY E. MASON

COMES NOW Gary E. Mason, pursuant to the Federal Rules of Civil Procedure and the Rules of the United States District Court for the Middle District of Florida, and applies for leave to appear *pro hac vice* on behalf of Plaintiffs in the above-captioned matter, and in support of his application states:

1. Gary E. Mason is currently co-counsel for the Plaintiff.

2. Applicant is and has been a member in good standing of the State Bar of New York since 1988. Applicant is also admitted to practice before the United States District Courts for the District of Columbia and the District of Maryland. Applicant is also admitted to practice before the Fourth Circuit Court of Appeals and the Supreme Court of the United States.

3. Applicant has been actively engaged in the practice of law in the District of Columbia for the past 13 years.

4. Applicant is not admitted to practice in the State Courts of Florida or the United States District Court for the Middle District of Florida.

5. Gary E. Mason, Esq. designates Scott Weinstein of Weinstein, Bavly & Moon, PA, 2400 First Street, Suite 303, Ft. Myers, Florida 33901, who is a member of The Florida Bar and admitted to practice before this Court and maintains an office for the practice of law in Ft. Myers, Florida, as local counsel with whom the Court and opposing counsel can readily communicate regarding the conduct and status of the case and upon whom papers may be served.

6. Admission *pro hac vice* of Gary E. Mason to practice before this Court as co-counsel with Scott Weinstein will aid in the just and expeditious resolution of this cause.

7. Gary E. Mason has an ECF login and password for the United States District Court for the Middle District of Florida.

WHEREFORE, Gary E. Mason applies to this Honorable Court for leave to appear *pro hac vice* in the above-captioned matter.

DATED this 24th day of October, 2006.

> THE MASON LAW FIRM, P.C.
> 1225 19th Street, N.W.
> Suite 500
> Washington, D.C. 20036
> Telephone (202) 429-2290
> Facsimile (202) 429-2294
>
> BY: /s/ Gary e. Mason
>      GARY E. MASON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

| | |
|---|---|
| FRANCIS X. KITCHENER, JR., BRYAN AND JANETTE ALDERSON and DAVID AND PATRICIA CARMICHAEL, on behalf of themselves and all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> GENERAL ELECTRIC CO., <br><br> Defendant. | CASE NO.: 2:06-cv-553-FtM-29SPL |

## (PROPOSED) ORDER

The Court having considered the Motion for Special Admission to Practice for Gary E. Mason, it is this _____ day of _____, 2006 hereby ORDERED the above motion is GRANTED.

_____

Honorable Judge John E. Steele

# U.S. District Court

## Middle District of Florida

**Notice of Electronic Filing**

The following transaction was entered by Mason, Gary on 10/24/2006 at 3:40 PM EDT and filed on 10/24/2006

**Case Name:**    Kitchener et al v. General Electric Co.
**Case Number:**  2:06-cv-553
**Filer:**        David Carmichael
                  Francis X. Kitchener, Jr
                  Bryan Alderson
                  Janette Alderson
                  Patricia Carmichael

**Document Number:** 11

**Docket Text:**
MOTION for Gary E. Mason to appear pro hac vice by Janette Alderson, David Carmichael, Patricia Carmichael, Francis X. Kitchener, Jr, Bryan Alderson. (Attachments: # (1) Text of Proposed Order) (Mason, Gary) Motions referred to Magistrate Judge Sheri Polster Chappell.


**2:06-cv-553 Notice has been electronically mailed to:**

Alexander E. Barnett    abarnett@masonlawdc.com, mdicocco@masonlawdc.com

Jordan Lucas Chaikin    jordan@weinsteinlawfirm.com, chaikinj@yahoo.com

Gary E. Mason    gmason@masonlawdc.com, mdicocco@masonlawdc.com

Scott Wm. Weinstein    scott@weinsteinlawfirm.com, jordan@weinsteinlawfirm.com

**2:06-cv-553 Notice has been delivered by other means to:**

Bruce Mulkey
The Mulkey Attorneys Group, P.A.
1039 W. Walnut, Suite 3
Rogers, AR 72756

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=10/24/2006] [FileNumber=3390057-0] [2463390bc2a3e94bf580dcf9bd1f66782a1500cfffbdb7ffc9e160cd7a71913fec ac4fdb49b699aeecf0003c0fd6803b5085daa8b841ba2d5e7638ec9375db62]]
**Document description:** Text of Proposed Order
**Original filename:** n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=10/24/2006] [FileNumber=3390057-
1] [629e1badec77b46e993dc873d0503a82d170b45a602c7ca48afeacef28cd79541a
741a3375aa82c15059fa9565db71014883756e4c4a3ab8d0a4a26236261e70]]