UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FRANCIS X. KITCHENER, JR.; BRYAN
ALDERSON; JANETTE ALDERSON; DAVID
CARMICHAEL; PATRICIA CARMICHAEL,

      Plaintiffs,

-vs-                                  Case No. 2:06-cv-553-FtM-29SPC

GENERAL ELECTRIC CO.,

      Defendant.
_____

## ORDER

This matter comes before the Court upon review of the case. According to Clerk's Office records, Alexander E. Barnett, counsel for the Plaintiff, is not currently a member of the bar in good standing in the Middle District of Florida. The records show that counsel failed to file a Motion for Admission Pro Hac Vice together with the Special Admission Attorney Certification and fee. Any non-resident attorney who is a member in good standing of the bar of any District Court outside State of Florida may appear specially and be heard provided he comply with Local Rule 2.02. Counsel is directed to the court's website at www.flmd.uscourts.gov for more information.

Accordingly, it is now

**ORDERED**

Counsel shall submit the appropriate motion, form and fee within eleven (11) days to the Ft. Myers Division. If this is not done, counsel may be terminated from this action without further notice

**IT IS FURTHER ORDERED:**

Pursuant to Local Rule 1.01(a) and the Administrative Procedures for Electronic Filing, all documents filed in cases in this district shall be filed electronically. Therefore, if counsel has not already done so, immediately after being admitted, re-admitted or granted special admission to practice in the Middle District of Florida, counsel shall register for a login and password for electronic filing at the court's website.

**DONE AND ORDERED** at Fort Myers, Florida, this   19th   day of October, 2006.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record