UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FRANCIS X. KITCHENER, JR.; BRYAN
ALDERSON; JANETTE ALDERSON; DAVID
CARMICHAEL; PATRICIA CARMICHAEL,

                     Plaintiffs,

-vs-                                     Case No. 2:06-cv-553-FtM-29SPC

GENERAL ELECTRIC CO.,

                     Defendant.
_____

## ORDER

This matter comes before the Court on the Motion for Special Admission to Practice for Bruce L. Mulkey (Doc. #10) filed on October 23, 2006. Bruce L. Mulkey, Esq., of the Mulkey Attorneys Group, P.A., 1039 West Walnut Street, Suite 3, Rogers, Arkansas 72756, seek permission to appear pro hac vice on behalf of the Plaintiffs. Attorney Mason is a member in good standing with the State Bar of Arkansas since 1991 and is admitted to practice in the United States District Courts for the Western District of Arkansas, the United States Court of Appeals for the Eighth Circuit and the United States Supreme Court. Further, Scott Weinstein of Weinstein, Bavly & Moon, PA, 2400 First Street, Suite 303, Fort Myers, Florida 33901 has agreed to serve as local Counsel in this matter. The Court, having reviewed the motion, finds good cause and will grant the admission.

Accordingly, it is now

**ORDERED:**

(1) The Motion for Special Admission to Practice for Bruce L, Mulkey (Doc. #10) is **GRANTED**. Bruce L. Mulkey, Esq., of the Mulkey Attorneys Group, P.A., 1039 West Walnut Street, Suite 3, Rogers, Arkansas 72756, shall be admitted pro hac vice.

(2) Scott Weinstein of Weinstein, Bavly & Moon, PA, 2400 First Street, Suite 303, Fort Myers, Florida 33901 shall be designated local Counsel in this matter.

(3) If Counsel has not already done so, within **eleven (11) days** from the date of the Order Counsel shall pay the $10.00 filing fee along with the application for special admission to practice which can be found on www.flmd.uscourts.gov.

**DONE AND ORDERED** at Fort Myers, Florida, this  25th  day of October, 2006.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record