UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FRANCIS X. KITCHENER, JR.; BRYAN
ALDERSON; JANETTE ALDERSON; DAVID
CARMICHAEL; PATRICIA CARMICHAEL,

                        Plaintiffs,

-vs-                                     Case No. 2:06-cv-553-FtM-29SPC

GENERAL ELECTRIC CO.,

                        Defendant.
_____

**ORDER**

      This matter comes before the Court on the Motion for Appearance of Non-Resident Attorney Designation of Local Counsel (Doc. #22) filed on November 15, 2006. Hal N. Bogard, Esq., GE Appliances, Appliance Park - Bldg. 2-225, Louisville, KY 40225, seeks permission to appear pro hac vice on behalf of the Defendant, General Electric Co. Attorney Bogard is a member in good standing with the State Bar of Michigan and Kentucky. He is licensed to practice in the United States District Court for the Western and Eastern District of Kentucky and the Eastern District of Michigan. Further, Edward M. Waller, Jr., Esq., of the law firm Fowler, Boggs, Banker, P.A., 501 E. Kennedy Boulevard, Suite 1700, Tampa, Florida 33602, has agreed to serve as local Counsel in this matter. The Court, having reviewed the motion, finds good cause and will grant the admission.

      Accordingly, it is now

      **ORDERED:**

(1)  The Motion for Appearance of Non-Resident Attorney Designation of Local Counsel (Doc. #22) is **GRANTED**. Hal N. Bogard, Esq., GE Appliances, Appliance Park - Bldg. 2-225, Louisville, KY 40225, shall be admitted pro hac vice on behalf of the Defendant, General Electric Co.

(2)  Edward M. Waller, Jr., Esq., of the law firm Fowler, Boggs, Banker, P.A., 501 E. Kennedy Boulevard, Suite 1700, Tampa, Florida 33602, shall be designated local Counsel in this matter.

(3)  If Counsel has not already done so, within **eleven (11) days** from the date of the Order Counsel shall pay the $10.00 filing fee along with the application for special admission to practice which can be found on www.flmd.uscourts.gov

**DONE AND ORDERED** at Fort Myers, Florida, this __16th__ day of November, 2006.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record