**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

FRANCIS X. KITCHENER, JR.; BRYAN
ALDERSON; JANETTE ALDERSON; DAVID
CARMICHAEL; PATRICIA CARMICHAEL,

        Plaintiffs,

-vs-                                                       Case No. 2:06-cv-553-FtM-29SPC

GENERAL ELECTRIC CO.,

        Defendant.
_____

## **AMENDED ORDER**[1]

       This matter comes before the Court on the Motion for Appearance of Non-Resident Attorney, Designation of Local Counsel and Certification of Compliance and Consent to Act (Doc. #23) filed on November 16, 2006. Richard Evans, Esq., of GE Industrial, Appliance Park, Bldg. 2-225, Louisville, KY 40225, seeks permission to appear pro hac vice on behalf of the Defendants. Attorney Evans is a member in good standing with the State Bar of Kentucky and Michigan and is licensed to practice in the Western and Eastern Districts of Kentucky and the Eastern District of Michigan. Further, Edward M. Waller, Jr., Esq., of the law firm Fowler, Boggs, Banker, P.A., 501 E. Kennedy Boulevard, Suite 1700, Tampa, Florida 33602, has agreed to serve as local Counsel in this matter. The Court, having reviewed the motion, finds good cause and will grant the admission.

       Accordingly, it is now

       **ORDERED:**

---

[1]This Order is amended only to correct the scrivener's error in order for the Court's Order to reflect that Richard Evans shall be admitted pro hac vice instead of Edward Waller, Esq.,

(1) The Motion for Appearance of Non-Resident Attorney, Designation of Local Counsel and Certification of Compliance and Consent to Act (Doc. #23) is **GRANTED**. Richard Evans, Jr., Esq., of GE Appliances, Appliance Park - Bldg. 2-225, Louisville, KY 40225, shall be admitted pro hac vice on behalf of the Defendant, General Electric Co.

(2) Edward M. Waller, Jr., Esq., of the law firm Fowler, Boggs, Banker, P.A., 501 E. Kennedy Boulevard, Suite 1700, Tampa, Florida 33602, shall be designated local Counsel in this matter.

(3) If Counsel has not already done so, within **eleven (11) days** from the date of the Order Counsel shall pay the $10.00 filing fee along with the application for special admission to practice which can be found on www.flmd.uscourts.gov.

**DONE AND ORDERED** at Fort Myers, Florida, this   20th   day of November, 2006.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record