UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE: CM/ECF
UNREGISTERED ATTORNEYS

Case No. 2:06-cv-553-FTM-29SPC

ORDER

Pursuant to Fed. R. Civ. P. 5(e) and the Administrative Procedures for Electronic Filing in Civil and Criminal Cases, electronic filing will become mandatory effective March 15, 2007. See http://www.flmd.uscourts.gov/. A review of the docket and the Court's records reflects that the attorneys listed on the attached list of cases for this case are not currently registered for CM/ECF and/or have not notified the Court of changes to their account, i.e., name change.

Accordingly, it is now

**ORDERED:**

Counsel shall register for CM/ECF or notify the Clerk's Office of an error by contacting Deputy Clerk Kim Arnett in the Clerk's Office at (239) 461-2003 **on or before March 15, 2007.** If registration is required, counsel shall electronically file a Notice with the Court verifying registration. If counsel fails to register by the March 15, 2007, deadline, counsel will be terminated as counsel of record **as of March 16, 2007,** and will not receive any further copies of pleadings and filings from the Court

until registration is accomplished and a Notice of Appearance is electronically filed.

**DONE AND ORDERED** at Fort Myers, Florida, this <u>5th</u> day of March, 2007.

JOHN E. STEELE
United States District Judge

MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE

Copies:
R. Arnett