UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FRANCIS X. KITCHENER, JR.; BRYAN
ALDERSON; JANETTE ALDERSON; DAVID
CARMICHAEL; PATRICIA CARMICHAEL,

         Plaintiffs,

-vs-                 Case No. 2:06-cv-553-FtM-29SPC

GENERAL ELECTRIC CO.,

         Defendant.
_____

**ORDER**

    This matter comes before the Court on the Plaintiff Francis X. Kitchener, Jr., Bryan and Janette Alderson, and David and Patricia Carmichael's Unopposed Motion for Extension of Time to File Third Amended Complaint and to Stay Consideration of Defendant's Motion to Dismiss (Doc. #50) filed on May 25, 2007. As grounds for the enlargement of time and request to file a third amended complaint, the Plaintiffs state they would rather amend the Complaint than file a response to the Motion to Dismiss. Pursuant to Local Rule 3.01(g), the Plaintiff's conferred with the opposing party who does not object to the requested relief.

    Accordingly, it is now

    **ORDERED:**

    (1) The Plaintiff Francis X. Kitchener, Jr., Bryan and Janette Alderson, and David and Patricia Carmichael's Unopposed Motion Extension of Time to File Third Amended Complaint and to Stay Consideration of Defendant's Motion to Dismiss (Doc. #50) is **GRANTED**.

(2) The Plaintiff Francis X. Kitchener, Jr., Bryan and Janette Alderson, and David and Patricia Carmichael have up to and including **June 15, 2007**, to file their Third Amended Complaint.

(3) The Defendants General Electric Company's Motion to Dismiss the Second Amended Complaint (Doc. # 48) is **DENIED as moot.**

**DONE AND ORDERED** at Fort Myers, Florida, this ___29th___ day of May, 2007.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record