

7705 Ann Ballard Road
Tampa, FL 33634
(813) 885-4774
Fax (813) 889-9157

## Preliminary Expert Report of Curt W. Lessl

### A.  Introduction

I have been retained by Plaintiff's counsel in the above captioned litigation to give my expert opinion on the failure of the allegedly defective side by side refrigerator/freezers at issue in this litigation.  At this time, I have been solely asked to render a preliminary opinion as to whether it is possible to determine on a class wide basis that the side by side refrigerator/freezers manufactured by General Electric Company in Celaya, Mexico from 2000 through 2003 are defective.

### B.  Background

Beginning in 2000, General Electric Company manufactured side by side refrigerator/freezers in Celaya, Mexico under the "Arctica/Profile" product line, and possibly under other product lines unknown at this time.  These appliances were designed to include a variety of consumer features, including chilled water and ice dispensers in the freezer door with in-line water filtration, as well as dedicated produce and meat storage drawers in the refrigerator compartment.  These products were intended to be marketed for residential consumer use.

During field trial testing of at least 8 units during October 2000 and continuing after the introduction of these appliances into the market place, certain performance problems began to occur.  These performance problems included the following:

1. Temperature Control Problems
2. Freezing and/or cracking of the water filter
3. Flooding of water from the cracked filter
4. Intermittent and/or no water dispensing
5. Intermittent and/or no ice dispensing
6. Freezing of Vegetables
7. Fresh Food becoming too cold

These performance problems are allegedly due to issues associated with cold air flow through the fresh food compartment (the refrigerator) that is regulated by multiple sensors and actuators, all controlled by a microprocessor based system.  Specifically, the failure of a damper in the fresh food compartment air inlet to

open and close properly results in an excessive volume of cold air being introduced into the fresh food (refrigerator) compartment, causing one or more of the above referenced performance problems to occur.

For purposes of this preliminary expert report, I have reviewed the following documents:

1. The Complaint in the above captioned litigation;
2. Documents produced by Defendant General Electric Company Bates numbered as follows:
   GE1-000001 through GE1-000105
   GE8-000001 through GE8-000030
   GE9-000001 through GE9-000127
   GE10-000001 through GE10-000063
   GE11-000001 through GE11-000010
   GE13-000001 through GE13-000103
   GE15-000001 through GE15-000158
   GE16-000001 through GE16-000092
   GE17-000001 through GE17-000079
   GE19-000001 through GE19-000044
   GE21-000001
   GE23-000001 through GE23-000030
   GE34-000001 through GE34-000201
   GE35-000001 through GE35-000056
   GE36-000001 through GE36-000006
   GE39-000001 through GE39-001278
   GE40-000001 through GE40-000532
   GE40-001453 through GE40-005871
   GE41-000001 through GE41-000970
   GE42-000001 through GE42-008491
3. Photographs provided by Jerry James & Associates of allegedly defective damper systems and associated components from side by side refrigerator/freezers representative of the class.
4. Written reports from Interscience, Inc. regarding examination and/or testing of failed General Electric Smartwater Model GWF filter cartridges dated from December, 2000 through June, 2007.

Also for purposes of this preliminary expert report, I have conducted initial non-destructive, non-intrusive examinations on General Electric side by side refrigerator/freezers belonging to Bryan and Janet Alderson and to David and Patricia Carmichael, Plaintiffs in this litigation.

## C.  Description of the Defect

Today's refrigerators are sophisticated appliances. Driven by the perceived need for additional features to satisfy changing demographics and lifestyles, manufacturers are creating increasingly complex products that incorporate innovative technology in an effort to distinguish themselves from the competition.

In the case at hand, General Electric Company has marketed a product line that offers consumers an assortment of "value added" features, including chilled/filtered water dispensing, an "easily accessible" filter location within the fresh food compartment to facilitate consumer filter changes, automatic ice making/dispensing, quick chill/quick thaw capabilities, rapid ice making capability, and dedicated storage bins for fresh foods that are intended to keep perishables such as fresh produce at their optimal temperature and moisture content. GE accomplishes this with a microprocessor controlled refrigeration system that relies on the accurate distribution of chilled air throughout the fresh food compartment. This system utilizes a multitude of electronic sensors to allow for incorporating user selected parameters such as individual internal temperature settings for the freezer and fresh food (refrigerator) compartments; as well as usage parameters such as the frequency and duration of door openings, external ambient temperature, internal temperature and humidity at multiple locations within the appliance, etc. These data are then processed at the main circuit board and the desired outcome of temperature and humidity is achieved by means of controlling compressor operating time, fan speed, and airflow volume/distribution, among others, as dictated by the microprocessor software. The desired control depends however, on the proper operation of the chilled air distribution system, and that operation is at the mercy of a damper door.

The damper door is a step motor controlled device that opens and closes to direct proportional volumes of chilled air out the various vents located in the air distribution column at the rear of the fresh food compartment. This damper has demonstrated a tendency to fail at the hinge interface, intermittently or sometimes permanently locking the damper into the position it was in at the time of failure. This defect has been acknowledged in GE Technical Service Bulletins and in a Settlement Agreement dated September 18, 2003 between GE and the damper assembly vendor, North American Sankyo Seiki.

The symptoms of the damper door failure vary, depending upon its position at the time of failure. My preliminary, initial review of the documents referenced above has revealed that consumer complaints include one or more of the following symptoms:

1. No water dispensing
2. Fresh food in the deli bin too cold (or frozen)
3. Frozen produce in the fresh food produce bin
4. Frozen liquids in the fresh food (refrigerator) compartment
5. Water filter freezes/bursts, with resultant water damage to property

My review of the referenced documents also revealed that the repair procedure mandated by GE is essentially treatment of the symptoms without addressing the root cause. Recommended service includes:

1. Installation of a new air diverter to correct freezing of water in the storage tank that results in no water dispensing
2. Installation of foam gaskets to block vents in the air column that serve the produce and deli bins, coupled with replacing the main circuit board to incorporate new controller software thereby raising the temperature in those compartments to prevent freezing
3. Replacement of the damper assembly (aka Eagle Assembly WR17X11508, the defective component that was the subject of the settlement agreement between GE and Sankyo) to correct freezing of the water filter

Of all the symptoms associated with the damper door failure, by far the most deleterious is freezing of the water filter, which under certain conditions will result in the catastrophic uncontrolled release of water, leading to localized flooding and extensive damage to adjacent property. The likelihood of such a failure occurring has been exacerbated by the placement of the water filter in the fresh food compartment, in close proximity to the subject damper in the air column, with a portion of the chilled air flow aimed directly at the filter canister (see Figure 1 below).



Figure 1.    Locations of water filter and air distribution column

My review of the above referenced documents has revealed that GE has responded to this issue by undertaking at least one redesign of the damper door assembly to strengthen the door at several key stress points that were identified as the typical points of failure, as well as modifying the main controller software.  In addition, the original GE Smartwater GWF filter cartridge that was in use in the subject refrigerators has been abruptly replaced with the model MWF.  (See Figure 2 below)



Figure 2.   Comparison of original GWF filter (left) with replacement MWF model.

This model is approximately 33% smaller than the GWF cartridge, however, X-ray analysis of the two filter models revealed that the replacement MWF model canister wall thickness was increased by approximately 150% or more, particularly at the key failure point, the radiused corner between the side wall and the base of the canister.  (See Figures 3 and 4 below)



Figure 3.    Location and nature of typical freeze fracture failure in the Model GWF cartridge



Figure 4.    Comparative X-Ray view of GWF and MWF wall thickness

In summary, based upon my review of documents supplied by General Electric Company, including but not limited to Technical Service Bulletins, Service Manuals, and the Settlement Agreement between GE and Sankyo, as well as my personal examination of numerous GE Smartwater Filter Cartridges of the type utilized in the subject refrigerator/freezers that catastrophically failed due to

expansion of water within the canister, it is my professional opinion, to a reasonable degree of engineering and scientific certainty, that the chilled air distribution system utilized in "Profile / Arctica" (and possibly other) side by side refrigerator / freezers manufactured by General Electric Company in Celaya, Mexico from 2000 through 2003 is defective. This opinion is based upon information available at the time this report was drafted and is subject to modification, amendment, and revision without prejudice, as further information may be revealed by continuing discovery.

### D.    Qualifications

I have over 8 years of direct experience in forensic failure analysis of appliances and other manufactured devices involved with the transport and utilization of water in residential, commercial, and industrial settings. Included in that experience is the forensic examination and/or testing of approximately 20 General Electric Smart Water filters of the type used in the referenced refrigerators, which failed catastrophically as a result of temperature control issues.

My curriculum vitae, which further describes my professional training and experience, is included as Appendix A. A list of the cases in which I have served as an expert witness is included as Appendix B.

### E.    Compensation

I am a salaried employee and a partner/owner of Interscience, Inc., a forensic investigation company. I receive no direct personal compensation for services provided to the Plaintiffs in this litigation. The fees charged by Interscience, Inc. for services provided by me or my associates are detailed on the Fee Schedule attached to this document as Appendix C

Respectfully Submitted,
INTERSCIENCE, INC.

Curt W. Lessl, B.S.Ch.E.

# APPENDIX A

RESUME

CURT W. LESSL
President
Senior Forensic Analyst

Education:

| | |
|---|---|
| 1985 | University of South Florida, Tampa, Florida<br>Bachelor of Science in Chemical Engineering<br>Environmental Engineering Emphasis |
| 1978 -1979 | St. Louis Community College, St. Louis, Missouri<br>General Education |
| 1985 - | Extensive participation in Industry Seminars as well as Continuing Education in Environmental Permitting, Audits and Assessments, Waste Management, Business Administration, and Environmental Health and Safety.<br><br>Certified OSHA Hazardous Waste Operations (HAZWOPER) Site Supervisor |

Experience:

| | |
|---|---|
| 2002-Present | President, Interscience, Inc. |
| 1999-2002 | Interscience, Inc., Tampa, Florida<br>Chemical Engineer, Loss Analyst<br><br>Technical and scientific investigation of residential, industrial, and commercial accidents. Product liability; evaluation of product manufacturing, design, installation and operation.<br><br>Extensive experience in Indoor Air Quality evaluation with emphasis on fungal infestation. Development of protocols and supervision of remediation activities for contaminated property. |
| 1996 - 1999 | Tampa Technical Institute, Tampa, Florida<br>Bachelor of Science Electronics Engineering Technology Department<br>Instructor<br><br>Developed curriculum and taught courses in Computer Programming, Power Supply Design, Engineering Economics, Microprocessor Design, Computer Aided Design, and Engineering Graphics. Served as Computer Systems Administrator for the BSEET Dept., upgrading Hardware, reviewing and selecting Software, and maintaining 25 Networked and stand alone PC's. |

| | |
|---|---|
| 1990 - 1995 | Diversified Environmental Services, Inc., Tampa, Florida<br>Vice President |

Coordinated all administrative and technical functions of five affiliated companies serving the Marine Shipping Industry. Responsibilities included: Marketing; Risk Management; Finance; Regulatory Compliance and Liaison; Personnel Hiring, Supervision, Training and Safety; and Project Management, with an emphasis on Oil Spill Remediation and Waste Management. Served as Corporate QI as mandated under the Federal Oil Pollution Act (OPA 90). Co-chaired Preparedness Committee for Tampa Bay Regional Planning Council Area Contingency Plan Development.

| | |
|---|---|
| 1989 - 1990 | PACE Laboratories, Inc., Tampa, Florida<br>Supervisor, Environmental Services |

Managed consulting department for local office of national environmental laboratory and consulting firm. Responsible for Budget; Market Development; Personnel; Project Review and Supervision. Conducted Industrial Environmental Audits and Real Estate Environmental Surveys.

| | |
|---|---|
| 1987 - 1989 | PACE Laboratories, Inc., Tampa, Florida<br>Project Manager |

Developed extensive working knowledge of environmental regulations, including RCRA; SARA; CERCLA; Air and Wastewater. Represented a wide variety of industrial clients in the areas of Permitting; Pilot Plant Studies; and Environmental Testing, Remediation, and Compliance.

| | |
|---|---|
| 1986 - 1987 | Interscience, Inc., Tampa, Florida<br>Chemical Engineer |

Served as on site consultant for industrial clients, providing assistance and guidance in all environmental compliance matters. Conducted Bench Testing; Pilot Studies, and Product Development Programs.

| | |
|---|---|
| 1979-1986 | Floor Installation Service, Inc., Tampa, Florida<br>Installer |

Installation and repair of carpet, tile, vinyl and wood flooring in residential, commercial, and industrial environments.

Memberships: American Institute of Chemical Engineers

USF Alumni Association

Military:        U.S. Army – Honorable Discharge

# APPENDIX B

**Curt W. Lessl**

**List of Deposition History**

Weybright v. Simmons                          Deposition
   Circuit Court 10th Judicial Circuit            11/15/00
   Polk County, Florida
   Case No: GCG 99-1143
   Interscience Project No: G0603-09

Santiago v. Florida Power & Light             Deposition
   & Renzi Building, Inc.                         8/8/02
   Circuit Court 11th Judicial Circuit
   Miami Dade County, Florida
   Case No: 9921658CA02
   Interscience Project No: G0559-09

Amazon.Com v. Certain Underwriters At      Deposition
   Lloyds, including but not limited to Syndicates    10/15/02
   575 and 102
   U.S. District Court for the Western District
   Of Washington at Seattle
   Case No: CV02-0481
   Interscience Project No: J0895-06

State of Florida v. Merced                    Deposition
   County Court                                    6/4/03
   Orange County, Florida
   Case No. 02MM002346W
    Interscience Project No: K0606-06

Bordelon v. First Florida Auto & Home Ins.     Deposition
   Circuit Court 13th Judicial Circuit, Div. G       11/17/03
   Hillsborough County, Florida
   Case No: 02-1279
   Interscience Project No: J0250-06

Mertz v. Nationwide Insurance, et al.           Deposition
   Circuit Court, 12th Judicial Circuit             3/12/04
   Sarasota County, Florida
   Case No: 2002-CA-4659 NC
   Interscience Project No: K1394-06

State Farm v. Service America Systems,        Deposition
   Inc. & Jomar International, LTD               6/4/04
   Circuit Court, 11th Judicial Circuit
   Miami-Dade County, Florida
   Case No: 01-23485CA01

Interscience Project No:  G0120-10

| | |
|---|---|
| Allstate Insurance Company t/u/o<br>  & t/o/u Reginald Riddick     v.<br>  Moen, Inc.<br>  Circuit Court of Suffolk County, Virginia<br>  Case No:  CL04-192<br>  Interscience Project No:  K0526-10 | Deposition<br>1/28/05 |
| Allstate Floridian Insurance Company/a/s/o<br>  Rita Tucker v. Marini Plumbing, Inc.<br>  Circuit Court, 17th Judicial Circuit<br>  Broward County, Florida<br>  Case No:  04-14023 CA 13<br>  Interscience Project No:  K1202-10 | Deposition<br>6/24/05 |
| Shirlee Daily v. G.L. Homes of Boca Raton<br>  Circuit Court, 15th Judicial Circuit<br>  Broward County, Florida<br>  Case No:  CA 02004050 AF<br>  Interscience Project No:  M0985-99 | Deposition<br>9/21/05 |
| M.M. Parrish Construction v. Columbia County,<br>  Florida<br>Columbia County Circuit Court<br>Case No:  04-170-CA<br>Interscience Project No:  L0285-00 | Deposition<br>12/8/05 |

# **APPENDIX C**

May 2, 2007

## FEE SCHEDULE

Inspection, research, preparation, analyses, conferences, report preparation, travel, etc.:

| | |
|---|---|
| Principals | $180/hr. |
| Engineering<br>    Vehicle Crash Reconstruction – Failure Analysis<br>    Personal Injury – Product Liability<br>    Technical, Scientific and Engineering Analysis | $180/hr. |
| Fire Investigations | $140/hr. |
| Fire Code/Fire Modeling | $180/hr. |
| HVAC Failure Analysis (electrical – lightning) | $140/hr. |
| Mold Origin & Cause Investigations | $180/hr. |
| Evidence Pick Up for Storage and/or Exam | $90/hr. |
| Storage of Evidence | Call for details. |
| Laboratory and Metallurgical Analysis | Call for quote. |
| Expert testimony in deposition and/or trial<br>(2 hour minimum): | Standard Rate |
| Washing Machine Hose Exam | Flat $285 |
| Washing Machine Hose ID | Flat $185 |

These services include normal secretarial time and telephone toll charges.

Site examination requiring specialized personal safety equipment (i.e., contaminated by hazardous materials) will be subject to billing for the equipment at a per person, per day rate.

Travel costs, meals/lodging, and miscellaneous out-of-pocket expenses will be billed at cost.

Photography:   $1.00 per print.  Reprints are $1.00 per print.  Mileage is charged at $0.85/mile.

Federal ID # 59-1563954