# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

FRANCIS X. KITCHENER, JR.; BRYAN
ALDERSON; JANETTE ALDERSON; DAVID
CARMICHAEL; PATRICIA CARMICHAEL,

               Plaintiffs,

-vs-                                      Case No.  2:06-cv-553-FtM-29SPC

GENERAL ELECTRIC CO.,

               Defendant.

_____

## ORDER

This matter comes before the Court on the Plaintiff Bryan and Janette Alderson, et. al.'s Motion to Modify Case Management and Scheduling Order,  Or in the Alternative, to Extend Deadline for Disclosure of Expert Reports (Doc. #109) filed on January 4, 2008.  The Defendant filed its Response (Doc.# 110) on January 22, 2008, stating it did not oppose the extensions of time, but objected to certain allegations of delay made by the Plaintiffs in their Motion.  The Motion is now ripe for review.

District courts have broad discretion in managing their cases. Chrysler Int'l Corp. v. Chenaly, 280 F.3d 1358, 1360 (11th Cir. 2002). The broad discretion given to the court includes the management of pretrial activities such as discovery and scheduling. Id. (citing Johnson v. Bd. of Regents of Univ. Georgia, 263 F.3d 1234, 1269 (11th Cir. 2001).

Under the current Case Management and Scheduling Order, the Plaintiff's Expert Report was due on January 4, 2008, with the Defendant's Expert Report due on February 4, 2008.  As grounds for the extension of time, both parties have represented to the Court that merit discovery has not yet

begun and therefore, expert reports are not completed   The Plaintiffs state that due to outstanding

class certification issues, a Motion to Dismiss, and a Motion to Transfer the case to Arkansas that

it has been impractical to begin merit discovery.  Based upon the arguments of the Parties, the Court

finds good cause to grant a ninety (90) day extension to all pending dates in the Case Management

and Scheduling Order.

Accordingly, it is now

**ORDERED:**

The Plaintiff Bryan and Janette Alderson, et. al.'s Motion to Modify Case Management and

Scheduling Order, Or in the Alternative, to Extend Deadline for Disclosure of Expert Reports  (Doc.

#109) is **GRANTED**.  The Case Management and Scheduling Order will be modified as follows:

| | | |
|---|---|---|
| Disclosure of Experts | Plaintiff:<br>Defendant: | **April 4, 2008**<br>**May 5, 2008** |
| Discovery Deadline | | **June 4, 2008** |
| Mediation | Deadline:<br>Mediator:<br>Address:<br>Telephone:<br>If no Mediator is selected herein the Parties shall file a stipulation selecting a mediator within eleven days of the date of this Order | **September 4, 2008** |
| Dispositive Motions, *Daubert*, and *Markman* Motions | | **July 11, 2008** |
| Meeting In Person to Prepare Joint Final Pretrial Statement | | **September 5, 2008** |
| Joint Final Pretrial Statement (Including a Single Set of Jointly Proposed Jury Instructions and Verdict Forms (With diskette), Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form) | | **September 15, 2008** |

| All Other Motions Including Motions *In Limine*, Trial Briefs | | **October 6, 2008** |
|---|---|---|
| Final Pretrial Conference | Date:<br>Time:<br>Judge: | **October 27, 2008**<br>**9:00am.**<br>**Hon. John E. Steele** |
| Trial Term Begins<br>(Trials Before Magistrate Judges Begin on Date Certain) | | **November 3, 2008** |
| Estimated Length of Trial | | **15 Days** |
| Jury/Non Jury | | **Jury** |

**DONE AND ORDERED** at Fort Myers, Florida, this ___30th___ day of January, 2008.


SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE


Copies: All Parties of Record
      DCCD: Brenda Alexander