```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

BRYAN ALDERSON, JANETTE
ALDERSON, DAVID CARMICHAEL,
PATRICIA CARMICHAEL, on behalf
of themselves and all others similarly
situated                                                      PLAINTIFFS

               v.           Civil No. 08-5074

GENERAL ELECTRIC COMPANY                                      DEFENDANT

## ORDER

NOW on this 5th day of May, 2008, the above referenced matter, having been recently transferred to this Court from the Middle District of Florida, comes on for this Court's consideration. Currently pending is **Defendant General Electric Company's Motion to Dismiss the Third Amended Complaint or, in the Alternative, to Strike Class Allegations and Incorporated Memorandum of Law** (document #73). The Court, being well and sufficiently advised that further briefing is requested, orders the defendant to supplement its motion, if desired, within ten (10) days of the date of this order. The plaintiffs' response to such supplemental briefing is due within five (5) days of defendant's filing.

The currently pending motion for class certification, and any necessary additional briefing with respect to that motion, will

be addressed after this Court's consideration of the motion to dismiss.

**IT IS SO ORDERED.**

<pre>
                                /s/ Jimm Larry Hendren
                                JIMM LARRY HENDREN
                                UNITED STATES DISTRICT JUDGE
</pre>