IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BRYAN AND JANETTE
ALDERSON and DAVID and
PATRICIA CARMICHAEL,
on behalf of themselves and all
others similarly situated                                        PLAINTIFFS

    vs.                CASE No. 08-5074

GENERAL ELECTRIC CO.                                             DEFENDANT

**O R D E R**

Now on this 29th day of July, 2008, the above referenced matter comes on for this Court's consideration. The Court, being well and sufficiently advised, finds and orders that, in the interests of judicial economy, all presently pending motions should be, and hereby are, denied as moot. The Court also finds and orders that the plaintiffs shall have until August 18, 2008 to file a motion for class certification. Once the Court has ruled on the motion for class certification, a scheduling order will be issued.

    **IT IS SO ORDERED.**

                                   /S/JIMM LARRY HENDREN
                                   JIMM LARRY HENDREN
                                   UNITED STATES DISTRICT JUDGE